```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
JUSTIN W. DERSCH
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-042 KJM |
| Plaintiff, ) | PROBATION REVOCATION PETITION, NOTICE OF HEARING, AND |
| v. ) | ORDER |
| DAVID A. PALACIO, ) | DATE: May 29, 2008 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |

On May 10, 2007, the defendant, DAVID A. PALACIO, pled guilty, pursuant to a plea agreement, to an information charging him with driving when privilege suspended and revoked for failure to appear, in violation of Title 18, United States Code, Section 13, and California Vehicle Code, Section 14601.1(a). DAVID A. PALACIO was given the following sentence by United States Magistrate Judge Kimberly J. Mueller:

    1. Pay a three hundred fifty ($350) dollar fine, due within twelve months of judgment and sentencing, as well as the mandatory ten ($10) dollar special assessment; and,

///

///

      2.   A term of court probation of one (1) year, to terminate upon full payment of the fine and special assessment.

The United States alleges that the defendant has violated these conditions as follows:

      1.   The defendant has not made any payments toward the imposed fine and special assessment.

The United States therefore petitions the Court to place this matter on its calendar for May 29, 2008, at 10:00 a.m., to allow the defendant to show cause why the probation granted on May 10, 2007, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 24, 2008          Respectfully submitted,

                              MCGREGOR W. SCOTT
                              United States Attorney

                          By:  /s/Matthew C. Stegman
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney

ORDER

It is Hereby Ordered that the defendant appear on May 29, 2008, at 10:00 a.m., to show cause why the probation granted on May 10, 2007, should not be revoked.

IT IS SO ORDERED.

Dated: April 24, 2008.

                                                _____
                                                U.S. MAGISTRATE JUDGE

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on April 24, 2008, he served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

David A. Palacio
2155 East Lafayette Street
Stockton, CA 95205

                                              /s/Justin W. Dersch
                                              JUSTIN W. DERSCH